IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANA TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MONIKA BEITBADAL, et al.,<br><br>Defendants. | Case No. 1:15-cv-00517 LJO MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION**<br><br>**ORDER GRANTING MOTION TO REMAND ACTION TO THE STANISLAUS COUNTY SUPERIOR COURT**<br><br>**(Docs. 3, 8.)** |

On May 9, 2015, the Magistrate Judge issued Findings and Recommendations that the motion to remand the action to the Stanislaus County Superior Court be granted. These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. More than fourteen (14) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the motion to remand be granted and

1

1 the case be REMANDED to the Superior Court of Stanislaus County, pursuant to 28
2 U.S.C. § 1447(c), for lack of federal subject matter jurisdiction. The clerk is directed to
3 take necessary action to remand this case to the Stanislaus County Superior Court.
4 IT IS SO ORDERED.

5    Dated: **June 25, 2015**                  **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE